IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CAS TANNER**, aka **CAS SANDRA YOUNG-TANNER**, | § § § § § | |
| Plaintiff, | § | |
| v. | § § | Civil Action No. **3:11-CV-1004-L** |
| **AURORA LOAN SERVICE**, | § § § | |
| Defendant. | § | |

## ORDER

Before the court are the Findings, Conclusions and Recommendation of the United States Magistrate Judge, filed July 15, 2011. No objections were filed.

Plaintiff, proceeding *pro se*, brought this action asserting claims related to a loan and foreclosure of real property. The magistrate judge determined that the action should be dismissed without prejudice for want of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. The magistrate judge's findings and conclusions are therefore **accepted** as those of the court. Accordingly, the court **dismisses** this action **without prejudice**.

**It is so ordered** this 29th day of July, 2011.

/s/ Sam A. Lindsay
Sam A. Lindsay
United States District Judge

**Order – Solo Page**